IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.: 3:09CR45-TMR |
| Plaintiff | : | |
| vs. | : | |
| | : | ORDER |
| CRUZ JESUS MENDEZ-FUERTE, et al., | : | |
| Defendant | : | |

On January 23, 2014, the United States filed a motion to dismiss the First Superseding Indictment pending before this Court in the above-captioned matter as to Cruz Jesus Mendez-Fuerte (Defendant One) and Armando Guia-Mendez (Defendant Four). Based upon the motion by the United States, and for good cause shown, the Court hereby orders that the First Superseding Indictment in this matter be dismissed without prejudice as to Defendants Cruz Jesus Mendez-Fuerte and Armando Guia-Mendez only.

Judge Thomas M. Rose
United States District Court